| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARDT, STEPHEN R. | 2. Court or Organization<br><br>US COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report<br><br>06/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>312 NORTH SPRING STREET<br>ROOM 1747<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 - [  ] TRUST - EXEMPT C |
| 2. TRUSTEE | TRUST #2 - [  ] TRUST - NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 - [  ] LIVING TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 JUN 14 A 11:04 RECEIVED

Reinhardt, Stephen R.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | ACLU FOUNDATION OF SO CALIFORNIA - WAGES |
| 2. | 2009 | AMERICAN CIVIL LIBERTIES UNION INC OF SO CALIFORNIA - WAGES |
| 3. | 1/16/2009 | ESTATE OF [ ] - EXECUTRIX FEES |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | DEPARTMENT OF JUSTICE | 3/15/09 - 3/18/09 | WASHINGTON D.C. | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 2. | AMERICAN CONSTITUTION SOCIETY | 3/31/09 - 4/3/09 | HARVARD UNIVERSITY - CAMBRIDGE, MASSACHUSETTS | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 3. | AMERICAN CONSTITUTION SOCIETY | 6/18/09 - 6/21/09 | WASHINGTON D.C. | SPEAKING ENGAGEMENT | AIRFARE |
| 4. | SAN FRANCISCO TRIAL LAWYERS ASSOCIATION | 10/2/09 - 10/3/09 | SAN FRANCISCO | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT #1 - CNB 100 | | | | | | | | | |
| 2. | - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 1 | | | | | Sold | 2009 | J | A | See Note 8, part VIII |
| 3. | - FEDERATED AMERICAN LEADERS F D CL C(FALCX) 1 | A | Dividend | | | Merged (with line 4) | 09/18/09 | L | | |
| 4. | - FEDERATED CLOVER VALUE FD CL C (VFCCX) 1 | A | Dividend | L | T | | 09/18/09 | L | | See Note 1, part VIII |
| 5. | - GOLDMAN SACHS FINL SQR TSRY FD #506 1 | A | Dividend | J | T | Buy | 2009 | J | | See Note 8, part VIII |
| 6. | CITY NATIONAL CHECKING ACCOUNTS | | None | M | T | | | | | |
| 7. | UNION BANK CHECKING | | None | K | T | | | | | |
| 8. | BROKERAGE ACCOUNT #2 - CNB 500 | | | | | Closed | 4/30/09 | K | | |
| 9. | - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 2 | | | | | Sold | 2009 | K | A | See Note 8, part VIII |
| 10. | - GOLDMAN SACHS FINL SQR TREAS FD #506,468 2 | A | Dividend | | | Buy | 2009 | K | | See next line for sale |
| 11. | - GOLDMAN SACHS FINL SQR TREAS FD #506, 468 2 | | | | | Sold | 04/21/09 | K | A | |
| 12. | - COLUMBIA LIFEGOAL BALANCED GROWTH FD C 2 | A | Dividend | | | Buy (add'l) | 03/31/09 | J | | See Note 2, part VIII |
| 13. | - COLUMBIA LIFEGOAL BALANCED GROWTH FD 2 | | | | | Merged (with line 109) | 4/17/09 | | | See Note 2, part VIII |
| 14. | BROKERAGE ACCOUNT #3 - CNB 400 | | | | | | | | | |
| 15. | - GOLDMAN SACHS FINL SQR TREAS FD #506, 468 3 | A | Dividend | O | T | | | | | |
| 16. | - CALIF ST GENL OBLIG 3/1/09 | A | Interest | | | Matured | 3/1/09 | J | A | |
| 17. | BERKELY CALIF UNISCH DIST G O 3.000% 8/1/09 | B | Interest | | | Matured | 8/1/09 | L | A | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - THREE VALLEYS MUN WTR DIST CALIF 11/1/09 | D | Interest | | | Matured | 11/1/09 | M | A | |
| 19. - UNIVERSITY CALIF REV 5.000% 5/15/10 | C | Interest | L | T | | | | | |
| 20. - GLENDALE CALIF ELEC WKS REV 5.750% 2/1/12 | D | Interest | M | T | | | | | |
| 21. - SACRAMENTO CALIF MUN UTIL 11/15/12 | B | Interest | L | T | | | | | |
| 22. - GOLDEN ST TOB CALIF 5.500% 6/1/43 | C | Interest | L | T | | | | | |
| 23. - UNIVERSITY ARK UNIV REV 5.000% 12/1/09 | C | Interest | | | Matured | 12/1/09 | L | A | |
| 24. - ARIZ SCH FACS BRD CTFS PAR TN 5.00% 9/1/12 | C | Interest | L | T | | | | | |
| 25. - OPPENHEIMER INTL BOND FD CL A | E | Dividend | N | T | Buy (add'l) | 12/31/09 | J | | |
| 26. - LOS ANGELES CNTY CA SANTN DST 5.00% 10/1/11 | B | Interest | L | T | Buy | 4/1/09 | L | | |
| 27. - PUERTO RICO COMWLTH G O 5.125% 7/1/30 | A | Interest | K | T | Buy | 4/1/09 | K | | |
| 28. - CALIF ST ECONO 4.000% 7/1/09 | A | Interest | | | Buy | 2/4/09 | K | | See next line for sale |
| 29. - CALIF ST ECONO 4.000% 7/1/09 | | | | | Matured | 7/1/09 | K | A | |
| 30. ACACIA PARTNERS, L.P. | H | Distribution | M | U | Distributed (part) | 2009 | P1 | A | See Note 9, part VIII |
| 31. POETIC LICENSE PARTNERS, LP | | None | P1 | U | Buy | 7/17/09 | P1 | | |
| 32. BROKERAGE ACCOUNT #4 - CNB 200 | | | | | | | | | |
| 33. - GOLDMAN SACHS FINL SQR TREAS FD #506, 468 4 | A | Dividend | J | T | | | | | |
| 34. - TURLOCK CALIF IRR DIST REV 5.000% 1/1/09 | B | Interest | | | Matured | 1/1/09 | K | A | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ●RANGE CNTY CALIF TRNS SALE TAX 2/15/10 | B | Interest | K | T | | | | | |
| 36. - SAN DIEGO COMM COLLEGE 8/1/10 | A | Interest | K | T | | | | | |
| 37. - CALIF ST PUB WKS BRD 11/1/24 | B | Interest | | | Sold | 11/1/09 | K | A | |
| 38. BROKERAGE ACCOUNT #5 - CNB 300 | | | | | | | | | |
| 39. - CNI CHARTER FDS 5 | | | | | Sold | 2009 | L | A | See Note 8, part VIII |
| 40. - GOLDMAN SACHS FINL SQR TREAS FD #506, 468 5 | A | Dividend | L | T | Buy | 2009 | L | | See Note 8, part VIII |
| 41. JOHN HANCOCK LIFE INS CO. - ANNUITY | D | Distribution | M | W | | | | | |
| 42. SYMETRA LIFE INS CO - ANNUITY | | None | K | T | | | | | |
| 43. BROKERAGE ACCOUNT #6 - MERRILL LYNCH IRA - P48 | | | | | | | | | |
| 44. - M/LYNCH RETIREMENT RSRVS CL 6 | | | J | T | | | | | |
| 45. - BLACKROCK SMALL CAP 6 | | | | | Sold | 4/23/09 | J | A | |
| 46. - BLACKROCK LARGE CAP 6 | | | | | Sold | 4/23/09 | J | A | |
| 47. - BLACKROCK LARGE CAP 6 | | | J | T | Buy | 4/23/09 | J | | |
| 48. - BLACKROCK FUNDAMENTAL 6 | | | | | Sold | 4/23/09 | J | A | |
| 49. - BLACKROCK INTERNATIONAL 6 | | | | | Sold | 4/23/09 | J | A | |
| 50. - BLACKROCK BASIC 6 | | | | | Sold | 4/23/09 | J | A | |
| 51. - BLACKROCK VALUE 6 | | | | | Sold | 4/23/09 | J | A | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - BLACKROCK SHORT TERM 6 | | | | | Sold | 4/23/09 | J | A | |
| 53. - BLACKROCK HIGH INCOME 6 | | | | | Sold | 4/23/09 | J | A | |
| 54. - BLACKROCK TOTAL RETURN 6 | | | | | Sold | 4/23/09 | J | A | |
| 55. - AMERICAN CENTURY FUND 6 | | | J | T | Buy | 4/23/09 | J | | |
| 56. - AMERICAN GROWTH FUND 6 | | | J | T | Buy | 4/23/09 | J | | |
| 57. - CALVERT SHORT DURATION FD 6 | | | J | T | Buy | 4/23/09 | J | | |
| 58. - DELAWARE CORP BD 6 | | | J | T | Buy | 10/6/09 | J | | |
| 59. - FPA NEW INCOME FD 6 | | | J | T | Buy | 4/23/09 | J | | |
| 60. - HARTFORD CAPITAL FD 6 | | | J | T | Buy | 10/6/09 | J | | |
| 61. - JENNISON VALUE FD 6 | | | J | T | Buy | 10/6/09 | J | | |
| 62. - METROPOLITAN WERS TTL FD 6 | | | J | T | Buy | 4/23/09 | J | | |
| 63. - T ROWE PRICE US TSY FD 6 | | | J | T | Buy | 4/23/09 | J | | |
| 64. - TCW TOTAL RETURN FD 6 | | | J | T | Buy | 4/23/09 | J | | |
| 65. - ALLIANZ NFJ DIV FD 6 | | | | | Buy | 4/23/09 | J | | See next line for sale |
| 66. - ALLIANZ NFJ DIV FD 6 | | | | | Sold | 10/6/09 | J | B | |
| 67. - DWS CAPITAL GROWTH FD 6 | | | | | Buy | 4/23/09 | J | | See next line for sale |
| 68. - DWS CAPITAL GROWTH FD 6 | | | | | Sold | 10/6/09 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N - $250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - LOOMIS SAYLES BD FD 6 | | | | | Buy | 4/23/09 | J | | See next line for sale |
| 70. - LOOMIS SAYLES BD FD 6 | | | | | Sold | 10/6/09 | J | B | |
| 71. BROKERAGE ACCOUNT #7 - MERRILL LYNCH IRA - A68 | | | | | Merged (with line 43) | 6/15/09 | K | | See Note 3, part VIII |
| 72. - RETIREMENT SERVICES CL 7 | | | | | Merged (with line 43) | 6/15/09 | | | See Note 3, part VIII |
| 73. - ML TREND FOLLOWING 7 | | | | | Sold | 6/4/09 | K | A | |
| 74. BROKERAGE ACCOUNT #8 - M/LYNCH ACLU DFD COMP IRREV TR -#C08 | | | | | | | | | See Note 4, part VIII |
| 75. - CMA MONEY FUND 8 | | | K | T | | | | | |
| 76. - BLACKROCK LARGE CAP 8 | | | K | T | Buy (add'l) | 4/24/09 | J | | |
| 77. - BLACKROCK LARGE CAP 8 | | | | | Sold (part) | 10/28/09 | K | A | |
| 78. - BLACKROCK INFLATION 8 | | | K | T | Buy (add'l) | 10/28/09 | K | | |
| 79. - BLACKROCK INFLATION 8 | | | | | Sold (part) | 4/24/09 | J | A | |
| 80. - BLACKROCK GLOBAL SMALL CAP 8 | | | | | Buy (add'l) | 4/24/09 | J | | |
| 81. - BLACKROCK GLOBAL SMALL CAP 8 | | | | | Sold | 10/28/09 | K | C | |
| 82. - BLACKROCK BD PORTFOLIO, FORMERLY INT BD II INST 8 | L | T | | | Sold (part) | 4/24/09 | J | A | Name change - see column A |
| 83. - BLACKROCK FUNDAMENTAL 8 | | | K | T | Buy | 4/24/09 | K | | |
| 84. - BLACKROCK FUNDAMENTAL 8 | | | | | Sold (part) | 10/28/09 | K | C | |
| 85. - BLACKROCK GLOBAL 8 | | | | | Sold | 4/24/09 | K | A | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - BLACKROCK EQUITY DIVIDEND 8 | | | L | T | Buy (add'l) | 4/24/09 | K | | |
| 87. - BLACKROCK GLOBAL ALLOCATION 8 | | | L | T | Sold (part) | 10/28/09 | K | C | |
| 88. - BLACKROCK GNMA INST 8 | | | K | T | Buy | 10/28/09 | K | | |
| 89. MERRILL LYNCH - [ ] NATIONWIDE ACHIEVER ANNUITY (Y) | | | M | T | | | | | See Note 5, part VIII |
| 90. BROKERAGE ACCOUNT #9 - MERRILL LYNCH 390 | | | | | | | | | |
| 91. - AIG ANNUITY - SUN POLARIS PROTECTOR 9 (Y) | | | | | | | | | See Note 5, part VIII |
| 92. - AMERICAN GROWTH FUND 9 | | | K | T | Buy | 4/28/09 | J | | |
| 93. - AMERICAN GROWTH FUND 9 | | | | | Sold (part) | 10/6/09 | J | A | |
| 94. - BLACKROCK LARGE CAP 9 | | | J | T | Buy | 4/28/09 | J | | |
| 95. - BLACKROCK CALIFORNIA 9 | | | K | T | Buy | 4/28/09 | K | | |
| 96. - EATON VANCE NTL LTD 9 | | | K | T | Buy | 4/28/09 | K | | |
| 97. - EATON VANCE AMT FREE 9 | | | K | T | Buy | 4/28/09 | K | | |
| 98. - EATON VANCE AMT FREE 9 | | | | | Sold (part) | 10/6/09 | J | A | |
| 99. - FIDELITY ADV MUNI 9 | | | K | T | Buy | 4/28/09 | K | | |
| 100. - FRANKLIN FED INTER TERM 9 | | | K | T | Buy | 4/24/09 | K | | |
| 101. - FRANKLIN FED INTER TERM 9 | | | | | Sold (part) | 10/6/09 | J | A | |
| 102. - HARTFORD CAPITAL 9 | | | J | T | Buy | 10/6/09 | J | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - JENNISON VALUE FD 9 | | | J | T | Buy | 10/6/09 | J | | |
| 104. - J P MORGAN TAX AWARE 9 | | | K | T | Buy | 4/28/09 | K | | |
| 105. - ALLIANZ NFJ DIVIDEND 9 | | | | | Buy | 4/28/09 | J | | See next line for sale |
| 106. - ALLIANZ NFJ DIVIDEND 9 | | | | | Sold | 10/6/09 | K | B | |
| 107. - DWS CAPITAL GRWTH 9 | | | | | Buy | 4/28/09 | J | | See next line for sale |
| 108. - DWS CAPITAL GRWTH 9 | | | | | Sold | 10/6/09 | J | B | |
| 109. - COLUMBIA LIFEGOAL BALANCED GROWTH FD 9 | | | | | Sold | 4/22/09 | M | A | See Note 2, part VIII |
| 110. MERRILL LYNCH CHECKING , CMA MONEY FUND | A | Interest | J | T | | | | | See Note 10, part VIII |
| 111. BANK OF THE WEST CHECKING | A | Interest | L | T | | | | | See Note 11, part VIII |
| 112. TRUST #1 - TRUST - EXEMPT C | E | Distribution | | | | | | | See Note 6, part VIII |
| 113. TRUST #2 - TRUST - NON-EXEMPT C | D | Distribution | | | | | | | See Note 7, part VIII |

| 1. Income Gain Codes. (See Columns B1 and D4) | A – $1,000 or less | B –$1,001 - $2,500 | C =$2,501 - $5,000 | D = $5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

NOTE 1: Part VII, line 4 - Federated American Leaders Fund became Federated Clover Value Fund as a result of a merger. Thus, no "buy" entry on line 4, column 1, section D..

NOTE 2: Part VII, lines 12, 13 and 109 - Columbia Lifegoal Fund was transferred to brokerage account #9 prior to it's 2009 sale. See line 109 for sale.

NOTE 3: Part VII, lines 71 and 72 - Brokerage account #7 was closed and the IRA funds were rolled into brokerage account #6. Brokerage account #6 is reflected on lines 43 (header line only), through line 70.

NOTE 4: Part VII, line 74 - There is no year end value reflected on this line. This line is a header line only for brokerage account #8, with respect to the assets listed on lines 75 thorough 88. In the prior year 2008, the year end value of this brokerage account was inadvertently reflected on both the header line and within each asset detail that followed. Thus in 2008, the year end value of this brokerage account was in effect, doubled up. The line reference for where this occurred is part VII, line 69 of the 2008 report.

NOTE 5: Part VII, lines 89 and 91 - The Nationwide annutiy on line 89 was acquired by way of an exchange that occurred in 2008. The AIG Sun Polaris annuity from line 91 was exchanged for the Nationwide annuity on 10/22/08, but the 2008 report still reflected it as AIG Sun Polaris at year end 2008 (see part VII, line 79 of the 2008 report). No cash income from the annuity was received in 2009.

NOTE 6: Part VII, line 112 -                       | Trust Exempt C contains brokerage account #3, CNB 400 reflected on lines 14 (header line only) through 29. The trust also holds the partnership interests in Acacia Partners, LP and Poetic License Partners, LP, on lines 30 and 31.

NOTE 7: Part VII, line 113 -                 | Trust Non-Exempt C contains brokerage account #5 CNB 300 reflected on lines 38 (header line only) through 40.

NOTE 8: Part VII, lines 2, 5, 9, 10, 39 and 40, under Section D, column 2 - For Goldman Sachs Financial Sqr funds 506 and 468, as well as CNI Charter Funds, the date 2009 was reflected because there was no specific date to disclose. These are money market sweep accounts where buys and sells occur throughout the year.

NOTE 9: Part VII, line 30, section D, column 2 - For Acacia Partners, because distributions occurred throughout the year, there was no specific date to disclose.

NOTE 10: Part VII, line 110 - This checking account was inadvertently omitted from the 2008 disclosure report.

NOTE 11: Part VII, line 111 - This checking account was inadvertently omitted from the 2008 disclosure report.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 06/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544